**Order entered March 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01277-CV

**PARKING COMPANY OF AMERICA VALET, INC. AND PARKING COMPANY OF AMERICA LOVE FIELD, INC., Appellants**

**V.**

**BRADLEY RYAN FELLMAN, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01273-C**

## ORDER

Before the Court is appellants' March 8, 2018 second motion for extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** Janet E. Wright, Official Court Reporter of County Court at Law No. 3, to file the reporter's record no later than **April 9, 2018**. We caution Ms. Wright that further extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/     DAVID EVANS
           JUSTICE